14CV.7817

**RECEIVED**

APR 28 2015

LORETTA A. PRESKA
**CHIEF U.S. DISTRICT JUDGE**
S.D.N.Y.

Fax

Date: April 28, 2015

To: Hon. Loretta Preska
US District Court, Southern District (212) 805-0240

From: Maria Torres
(718) 792-2684

Re: Torres -v- NYS Dept of Labor

Request up to May 1, 2015 to submit Docs

Fax # (212) 805-7941
Pages: one (1)

Dear Hon. Preska:

Please kindly provide up to May 1, 2015 to submit complaint. The reasons for the delay to extend the deadline were due to illness and attempts to obtain counsel. However unable to obtain counsel so will submit as Pro Se. I wish to thank you kindly for your assistance. Two lawyers were interested but due to timeline unable to handle case.

Sincerely,

Maria Torres

RECEIVED
SDNY PRO SE OFFICE
2015 APR 29 P 1:45