UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA TORRES,

                Plaintiff,

-against-

NEW YORK STATE DEPT. OF LABOR,

                Defendant.

14-CV-7817 (LAP)

ORDER

LORETTA A. PRESKA, Chief United States District Judge:

      By order dated January 6, 2015, the Court directed Plaintiff to file an amended complaint within sixty days of the date of that order.  The Court thereafter granted Plaintiff two extensions of time to file an amended complaint, the second extension of time expiring on April 24, 2015.  On April 28, 2015, the Court received a letter from Plaintiff requesting yet another extension of time – until May 1, 2015 – to file an amended complaint.  But while Plaintiff's proposed deadline has passed, she has not filed an amended complaint.  The Court will, nonetheless, grant Plaintiff another extension of time to file an amended complaint.

      Plaintiff is directed to file an amended complaint, as specified by the Court's January 6, 2015 order, within thirty days of the date of this order.  **No further extensions of time will be granted.**  If Plaintiff fails to comply with this order or the Court's January 6, 2015 order within the time allowed, this action will be dismissed for failure to state a claim on which relief may be granted.  See 28 U.S.C. § 1915(e)(2)(B)(ii).

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: May 11, 2015
New York, New York

*Loretta A. Preska*
LORETTA A. PRESKA
Chief United States District Judge